JOHN C. THORNTON, ESQ. SBN: 84492
ANNE ANDREWS, ESQ. SBN: 103280
**ANDREWS & THORNTON**
2 CORPORATE PARK, SUITE 110
IRVINE, CALIFORNIA 92606
TELEPHONE: (949) 748-1000
FACSIMILE: (949) 315-3540

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No. 1699 |
| Julie Meggers, | Case No. 3:06-cv-00729-CRB |
| Plaintiff, vs. | **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND PROPOSED ORDER** |
| G.D. SEARLE & CO.; PHARMACIA CORPORATION; MONSANTO COMPANY; and PFIZER, INC., | |
| Defendants. | |

STIPULATION OF DISMISSAL

AND NOW, this 23rd Day of March, 2007, it is hereby STIPULATED, ORDERED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41 (a)(I)(ii), that the above-captioned action be and hereby is DISMISSED WITHOUT PREJUDICE as to the Defendants, G.D. SEARLE & CO.; PHARMACIA CORPORATION; MONSANTO COMPANY; and PFIZER, INC., with each party to bear its own costs and counsel fees. If the case is subsequently refiled, it will only be filed in federal district court.

|   |   |
|---|---|
| | Respectfully Submitted by: |
| Dated: 3-14-07 | By: /s/ |
| | John C Thornton, Esq. |
| | Anne Andrews, Esq. |
| | **ANDREWS & THORNTON** |
| | 2 Corporate Park, Suite 110 |
| | Irvine, CA 92606 |
| | Tel: (949) 748-1000 |
| | Fax: (949) 315-3540 |
| | Attorney for Plaintiff, Julie Meggers |
| Dated: 3-20-07 | By: /s/ |
| | Stuart M. Gordon, Esq. |
| | **GORDON & REES** |
| | Embarcadero Center West |
| | 275 Battery Street, 20th Fl. |
| | San Francisco, CA 94111 |
| | Tel: (415) 986-5900 |
| | Fax: (415) 986-8054 |
| | Defendant's Liaison Counsel |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 23, 2007

Honorable Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer